AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting (last name, first, middle initial)**<br><br>Damich, Edward J. | **2. Court or Organization**<br><br>U.S. Court of Federal Claims | **3. Date of Report**<br><br>12/12/2012 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>Active Judge | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☑   Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Pl., N.W.
Suite 701
Washington, DC 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Distinguished Lecturer in Intellectual Property | The Columbus School of Law, The Catholic University, Washington, DC |
| 2. | Adjunct Professor of Law | George Washington University School of Law, Washington, DC |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 8-12/2011 | Catholic University Law School, Washington, DC | $7,700.00 |
| 2. 1-5/2011 | George Washington University Law School, Washington, DC | $8,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Association | 3/25-28/2011 | New York, NY | Annual Judges Banquet | Meals, transportation, lodging |
| 2. | University of Dayton School of Law | 6/9-13/2011 | Dayton, OH | Seminar | Meals, transportation, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Leon and Mary Podles, Baltimore, MD | Loan of Office Furniture | $3600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank (savings account) | A | Interest | J | T | | | | | |
| 3. Capital One Bank (checking account) | A | Interest | J | T | Open | 07/14/11 | J | | |
| 4. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 5. Condominium Apartment, Key West, FL ($300,000) | | None | N | S | | | | | |
| 6. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 7. TIAA/CREF (retirement) | | None | N | T | | | | | |
| 8. Morgan Stanley Smith Barney (MSSB) IRA Deposit Program | A | Interest | J | T | | | | | |
| 9. MSSB Bank Deposit Program | A | Interest | K | T | | | | | |
| 10. MSSB IRA | B | Int./Div. | L | T | | | | | |
| 11. --Aston Montag & Caldwell | | None | J | T | Sold (part) | 05/11/11 | J | A | |
| 12. --Franklin Templeton Hard Currency | A | Dividend | J | T | Buy (add'l) | 12/20/11 | J | | |
| 13. --Nuveen Tradewinds Intl Value | A | Dividend | J | T | Buy (add'l) | 12/30/11 | J | | |
| 14. --Templeton Global Bnd Fnd | A | Dividend | J | T | Buy (add'l) | 12/20/11 | J | | |
| 15. --Dreyfus Liq Assets Inc | | None | J | T | | | | | |
| 16. --Ivy Asset Strat Fnd | A | Dividend | J | T | Buy (add'l) | 05/11/11 | J | | |
| 17. -- | | | | | Buy (add'l) | 12/8/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --John Hancock Global Opportunities | A | Dividend | J | T | Sold (part) | 05/11/11 | J | | |
| 19. -- | | | | | Buy (add'l) | 12/16/11 | J | | |
| 20. --Oppenheimer Developing Markets | A | Dividend | J | T | Sold (part) | 05/11/11 | J | A | |
| 21. -- | | | | | Buy (add'l) | 12/12/11 | J | | |
| 22. --Oppenheimer Gold & Special Minerals | A | Dividend | J | T | Sold (part) | 05/11/11 | J | B | |
| 23. -- | | | | | Buy (add'l) | 12/21/11 | J | | |
| 24. --Pimco Real Return Fnd Cl P | | None | | | Sold | 05/11/11 | J | A | |
| 25. --Prudential Jennison Natural | | None | J | T | Sold (part) | 05/11/11 | J | A | |
| 26. --Putnam Diversified Income | | None | J | T | | | | | |
| 27. --Putnam Global Income Trust | A | Dividend | J | T | Buy (add'l) | 12/30/11 | J | | |
| 28. --Putnam Voyager Fnd Cl Y | | None | J | T | | | | | |
| 29. --Royce Premier Fund | A | Dividend | J | T | Buy (add'l) | 12/08/11 | J | | |
| 30. --Permanent Portfolio Fund | A | Dividend | J | T | Buy | 05/11/11 | J | | |
| 31. -- | | | | | Buy (add'l) | 12/09/11 | J | | |
| 32. Beal Bank | A | Interest | | | Matured | 04/06/11 | J | | |
| 33. Bank of China | A | Interest | | | Matured | 02/18/11 | J | | |
| 34. GE Money Bank | A | Interest | | | Matured | 05/12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of China CD 1 | | None | J | T | Buy | 05/19/11 | J | | |
| 36. Bank of China CD 2 | | None | J | T | Buy | 05/19/11 | J | | |
| 37. American Express Centurion CD | A | Interest | J | T | Buy | 04/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 12/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

V. Gifts

The office furniture consists of antiques--a desk, a sofa, a small table and a curio cabinet--which cost $54,000 when acquired in 1999. This furniture is on loan as long as I am a judge. To estimate their fair rental value, I divided the cost by the 15-year term that I have as a judge. This figure is $3,600 per year. Leon and Mary Podles are friends from my youth.

VII. Investments and Trusts

MSSB Fin Mngmt Acct (2010) was merged with the MSSB Bank Deposit Program (2011).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Edward J. Damich

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544